UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| DEVIN BARRIOS and MEGAN BARRIOS | * | CIVIL ACTION |
| VERSUS | * | NO. 17-00585 |
| CENTAUR, L.L.C., CIRCLE, L.L.C. and UNITED BULK TERMINALS DAVANT, L.L.C. | * | JUDGE JANE TRICHE MILAZZO |
| | * | MAG. JUDGE DANIEL E. KNOWLES, III |

ORDER

Considering the Ex Parte Motion for Partial Dismissal Without Prejudice filed by plaintiffs, Devin Barrios and Megan Barrios,

IT IS ORDERED that plaintiffs' claims against defendant, Circle, L.L.C., be and are hereby dismissed without prejudice, reserving all rights of plaintiffs against any and all other parties.

THUS DONE AND SIGNED on this 24th day of May, 2017, at New Orleans, LA.

_____
JANE TRICHE MILAZZO, Judge