UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEVIN BARRIOS ET AL | CIVIL ACTION |
| V. | NO. 17-585 |
| CENTAUR, LLC ET AL | SECTION "H"(3) |

### JUDGMENT

Considering the evidence admitted at trial, the arguments of counsel and the Court's findings of fact and conclusions of law (Doc. 181);

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that Plaintiffs are entitled to judgment against River Ventures, LLC on their 33:905(b) claim in the amount of $3,308,094.55, plus prejudgment interest at a rate of 4% per annum on all past damages and post judgment interest at a rate of 4% per annum on all future damages until paid.

**IT IS FURTHER ORDERED, ADJUDGED AND DECREED that** Defendant Centaur, LLC is entitled to judgment in its favor, dismissing with prejudice Plaintiff's claims against it.

Signed in New Orleans, Louisiana this 5th day of February, 2019.

_____
JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE