UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DEVIN BARRIOS, ET AL. | CIVIL ACTION |
| VERSUS | NO. 17-585 |
| CENTAUR, LLC, ET AL. | SECTION “H”(2) |

**JUDGMENT**

Considering the evidence admitted at trial, the arguments of counsel, and the Court’s findings of fact and conclusions of law (Doc. 348);

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the breach of contract claims of River Ventures, LLC and XL Specialty Insurance Company are **DISMISSED WITH PREJUDICE**. Judgment is issued in favor of defendant, Centaur, LLC, and against River Ventures, LLC and XL Specialty Insurance Company.

Signed in New Orleans, Louisiana, this 17th day of November, 2023.

HONORABLE JANE TRICHE MILAZZO
UNITED STATES DISTRICT JUDGE