# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
November 15, 2024
Lyle W. Cayce
Clerk

No. 23-30892

DEVIN BARRIOS,

*Plaintiff,*

*versus*

CENTAUR, L.L.C.,

*Defendant/Intervenor Defendant—Appellee,*

*versus*

RIVER VENTURES, L.L.C.,

*Defendant—Appellant,*

XL SPECIALTY INSURANCE COMPANY,

*Intervenor Plaintiff—Appellant.*

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:17-CV-585

_____

Before ELROD, *Chief Judge,* DENNIS, and HIGGINSON, *Circuit Judges.*

No. 23-30892

# JUDGMENT

This cause was considered on the record on appeal and was argued by counsel.

IT IS ORDERED and ADJUDGED that the judgment of the District Court is REVERSED, and the cause is REMANDED to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that Appellee pay to Appellant the costs on appeal to be taxed by the Clerk of this Court.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.



Certified as a true copy and issued as the mandate on **Dec 24, 2024**

Attest:  *Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**